AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States of America                    )
v.                                  )    Case No. 1:22 CR 248
Eli Taieb                             )
                                     )
_____    )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kenneth Wainstein
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*