IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-CR-248 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ELI TAIEB, | ) | |
| | ) | **UNITED STATES' MOTION FOR A** |
| Defendant. | ) | **PRELIMINARY ORDER OF FORFEITURE** |

The United States of America respectfully requests that the Court review and approve the attached proposed Preliminary Order of Forfeiture. In support of this motion, the undersigned counsel respectfully represents that defendant Eli Taieb agreed to the forfeiture of the subject properties [namely, (2) Richard Millie watches, 2017 Tesla Model X, 2014 Bentley Continental Convertible, $7,981.00 U.S. Currency, and the amount of $2,150,000.00 to be delivered by Defendant to the USAO on (or before) the date of his sentencing hearing] as part of his written plea agreement entered at the arraignment and plea hearing held on June 7, 2022.

        Respectfully submitted,

        Kenneth L. Parker
        U.S. Attorney, Southern District of Ohio –
        Acting Under Authority Conferred by
        28 U.S.C. Section 515

    By:    /s/ James L. Morford                  .
                  James L. Morford (Ohio: 0005657)
                  Assistant United States Attorney, N.D. Ohio
                  Carl B. Stokes U.S. Court House
                  801 West Superior Avenue, Suite 400
                  Cleveland, Ohio 44113
                  216.622.3743 / James.Morford@usdoj.gov

## CERTIFICATE OF SERVICE

    It is hereby certified that on this 22nd day of June, 2022, a copy of the foregoing United States' Motion for a Preliminary Order of Forfeiture - with attached proposed Preliminary Order of Forfeiture - was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ James L. Morford      .
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio