UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 248 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ELI TAIEB, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Eli Taieb, which was referred to the Magistrate Judge with the consent of the parties.

On May 13, 2022 the government filed a 1 count Information, charging Defendant Taieb with Conspiracy to Commit Securities Fraud, in violation of Title 18 U.S.C. § 371. On June 7, 2022, Magistrate Judge Parker held an Arraignment/Plea Hearing and received Defendant Taieb's plea of guilty to Count 1 of the Information and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Taieb is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Eli Taieb is adjudged guilty to Count 1 of the Information, in violation of Title 18 U.S.C. § 371. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on September 27, 2022 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 27, 2022